# Notice Recipients

District/Off: 1126–2     User: sreaves     Date Created: 11/1/2016
Case: 16–03074–DSC7     Form ID: 318     Total: 72

**Recipients of Notice of Electronic Filing:**
aty    Keith Randal Martin    krm70154@hotmail.com

                              TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Tatiana Leshae' Dunklin | 1408 Elizabeth Ave | Birmingham, AL 35217 | |
| tr | Thomas E Reynolds | Reynolds Legal Solutions, LLC | 300 Richard Arrington Jr. Blvd. N | Suite 503    Birmingham, AL 35203 |
| cr | Ally Bank | P.O. Box 130424 | Roseville, MN 55113 | |
| smg | Thomas Corbett | BA Birmingham   1800 5th Avenue North | Birmingham, AL 35203 | |
| 9077689 | 1st Franklin | PO Box 1060 | Pelham, AL 35124 | |
| 9077646 | 7th Avenue | 1112 7th Avenue | Monroe, WI 53566 | |
| 9077647 | AAA Insurance | 3345 Lowery Pkwy | Fultondale, AL 35068 | |
| 9077650 | ACS | P.O. Box 78208 | Phoenix, AZ 85062–8208 | |
| 9077651 | ADT Security | PO Box 371490 | Pittsburgh, PA 15250 | |
| 9077693 | AR Resources INC | 3107 Spring Glen Rd # 214 | Jacksonville, FL 32207 | |
| 9077656 | AT & T | P.O. Box 105262 | Atlanta, GA 30348–5262 | |
| 9077657 | AT & T Mobility | P.O. Box 536216 | Atlanta, GA 30353 | |
| 9077648 | Aaron's Rents | 1015 Cobb Pl NW | Kennesaw, GA 30144 | |
| 9077690 | Aarons | 1015 Cobb Place Blvd | Kennesaw, GA 30156 | |
| 9077649 | Aarons | 7509 Crestwood Blvd | Birmingham, AL 35210 | |
| 9077652 | Advance America | 7825–D Crestwood Blvd | Birmingham, AL 35210 | |
| 9077653 | Advance America | 7825–D Crestwood Blvd | Birmingham, AL 35210 | |
| 9077691 | Afni | PO BOX 3667 | Bloomington, IL 61702 | |
| 9077654 | Alagasco | 605 Richard Arrington J Blvd N | Birmingham, AL 35203 | |
| 9077642 | Ally Financial | PO Bo x380901 | Minneapolis, MN 55438 | |
| 9077692 | Amsher | 4524 Southlake Pkwy   Ste 15 | Birmingham, AL 35244 | |
| 9077655 | Arrowhead Advance | PO Box 6048 | Pine Ridge, SD 57770 | |
| 9077658 | Belk | P.O. Box 960012 | Orlando, FL 32896 | |
| 9077659 | Bestway Rent To Own | 9094 Parkway East | Birmingham, AL 35206 | |
| 9077660 | Cash Max | 1415 Pinson Valley Pkwy | Birmingham, AL 35217 | |
| 9077661 | Check Depot | 224 Gadsden Hwy | Birmingham, AL 35235 | |
| 9077662 | Corey Hubert | 1408 Elizabeth Avenue | Birmingham, AL 35217 | |
| 9077663 | Corey Hurbert | 1408 Elizabeth Avenue | Birmingham, AL 35217 | |
| 9077664 | Dish Network | Dept 0063 | Palatine, IL 60055 | |
| 9077694 | EOS CCA | 700 Longwater Dr | Norwell, MA 02061 | |
| 9077665 | First Franklin | PO Box 310518 | Birmingham, AL 35231 | |
| 9077695 | GEMB Bakruptcy Dept | PO Box 103104 | Roswell, GA 30076 | |
| 9077666 | Geico | One GEICO Center | Macon, GA 31296 | |
| 9077696 | IC Systems | 444 Highway 96 East | Saint Paul, MN 55164–0437 | |
| 9077667 | JC Penney | P.O. box 981131 | El Paso, TX 79998 | |
| 9077697 | John Frawley | P.O. Box 101493 | Birmingham, AL 35210–6493 | |
| 9077668 | Kia Finance | PO Box 650805 | Dallas, TX 75265 | |
| 9077669 | Lowes | PO Box 981400 | El Paso, TX 79998 | |
| 9077698 | MCM | Dept 12421   PO Box 1259 | Oaks, PA 19456 | |
| 9077670 | Medical Revenue Services | PO Box 938 | Vero Beach, FL 32961–0938 | |
| 9077643 | Microf   Heating & Air | 1611 35th Street South | Birmingham, AL 35208 | |
| 9077699 | Miles Insurance Company | 210 East Arch St | Lancaster, SC 29720 | |
| 9077671 | Mobiloan | P.O. Box 1409 | Marksville, LA 71351 | |
| 9077700 | Mobiloan, LLC | 151 Melacon Road | Marksville, LA 71351 | |
| 9077701 | Monarch Recovery | 10965 Decatur Rd | Philadelphia, PA 19154–3210 | |
| 9077672 | National General Insurance | PO Box 3199 | Winston Salem, NC 27102–3199 | |
| 9077673 | Navient | P.O. Box 9655 | Wilkes Barre, PA 18773 | |
| 9077702 | Paypal | P.O. Box 45950 | Omaha, NE 68145–0950 | |
| 9077674 | Paypal | P.O. Box 981401 | El Paso, TX 79998 | |
| 9077703 | Paypal Buyer Credit/GEMB | P.O. Box 960080 | Orlando, FL 32896 | |
| 9077704 | Portfolio Recovery | 140 Corporate Blvd | Norfolk, VA 23502 | |
| 9077705 | Portfolio Recovery | 140 Corporate Blvd | Norfolk, VA 23502 | |
| 9077675 | Premier Medical | 2016 Stonegate Tr   Ste 112 | Birmingham, AL 35242 | |
| 9077676 | Reed Insurance Agency | 1540 Center Point Agency | Birmingham, AL 35215 | |
| 9077677 | Rent a Center | 5501 Headquarters Drive | Plano, TX 75024 | |
| 9077644 | Royal Furniture | 122 S Main Street | Memphis, TN 38103–3621 | |
| 9077678 | Royal Furniture | 122 S Main Street | Memphis, TN 38103–3621 | |
| 9077679 | Servis First Bank | 3300 Cahaba Rd Ste 300 | Birmingham, AL 35233 | |
| 9077645 | Southland Furniture | Parkway East, 9952 Parkway E, | Birmingham, AL 35215 | |
| 9077706 | Southwest Credit | 5910 W Plano Pakrway Suite 100 | Plano, TX 75093–4638 | |
| 9077680 | Syncb/TJX CO PLCC | P.O. Box 965036 | Orlando, FL 32896 | |
| 9077681 | Synchrony Bank | P.O. Box 960061 | Orlando, FL 32896–0061 | |

| | | | |
|---|---|---|---|
| 9077682 | Synchrony Bank | P.O. Box 960061 | Orlando, FL 32896–0061 |
| 9077683 | Synchrony Bank | P.O. Box 960061 | Orlando, FL 32896–0061 |
| 9077707 | Synchrony Bank | P.O. Box 960061 | Orlando, FL 32896–0061 |
| 9077708 | Synchrony Bank Bankruptcy | PO Box 965060 | Orlando, FL 32896–5060 |
| 9077684 | T–mobile | P.O. Box 742596 | Cincinnati, OH 45274 |
| 9077685 | THD/CBNA | P.O. Box 6497 | Sioux Falls, SD 57117 |
| 9077686 | US Department of Education | P Box 105028 | Atlanta, GA 30348–5028 |
| 9077687 | West Gate Resorts | 6177 Lake Elenor Dr | Orlando, FL 32809 |
| 9077688 | Westgate | 2801 Old Winter Garden Road | Ocoee, FL 34761 |

TOTAL: 71